# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02230-SVW<br>Related Cases:<br>8:23-cv-02248-SVW<br>8:23-cv-02250-SVW<br>8:23-cv-02245-SVW<br>8:23-cv-02251-SVW<br>8:23-cv-02279-SVW<br>8:23-cv-02252-SVW<br>8:23-cv-02257-SVW<br>8:23-cv-02260-SVW<br>8:23-cv-02261-SVW<br><br>BK Case No. 8:21-bk-11558-TA<br>Adv. No. 8:23-ap-01030-TA | Date | February 2, 2024 |
| Title | *In re: Parks Diversified, L.P.* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Paul M. Cruz                                                                N/A

**Attorneys Present for Plaintiffs:**              **Attorneys Present for Defendants:**

N/A                                                                                N/A

**Proceedings:**     ORDER DENYING MOTION TO REMAND [16, 17]

Before the Court are two pending motions to remand brought by Plaintiffs North Valley Mall II, LLC, North Valley Regional Center LLC, Lucia Parks, Richard Parks, Talon Diversified Holdings, Inc., and the Parks Family Trust (collectively, "Plaintiffs"). ECF No. 16, 17. Plaintiffs accurately describe these two motions as "essentially identical tandem motions." Mot. to Remand 3, ECF No. 16.

Initials of Preparer      PMC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02230-SVW<br>Related Cases:<br>8:23-cv-02248-SVW<br>8:23-cv-02250-SVW<br>8:23-cv-02245-SVW<br>8:23-cv-02251-SVW<br>8:23-cv-02279-SVW<br>8:23-cv-02252-SVW<br>8:23-cv-02257-SVW<br>8:23-cv-02260-SVW<br>8:23-cv-02261-SVW<br><br>BK Case No. 8:21-bk-11558-TA<br>Adv. No. 8:23-ap-01030-TA | Date | February 2, 2024 |
| Title | *In re: Parks Diversified, L.P.* | | |

    Plaintiffs move the Court to remand on the grounds that the bankruptcy court lacks subject matter jurisdiction over the underlying cases. Doing so would vacate the entirety of the bankruptcy court's proceedings. Plaintiffs filed these motions while the question of whether the bankruptcy court had subject matter jurisdiction was pending on appeal before this Court. As far as the Court can tell from the parties' briefs and the hearing it held on January 29, 2024, resolution of this question is the entire point of the eleven appeals Plaintiffs have raised with this Court. Remanding would therefore strip the bankruptcy court of jurisdiction without deciding whether that court does, in fact, have jurisdiction. These motions are DENIED.

    Plaintiffs are ORDERED to submit briefing related to the question of the bankruptcy court's subject matter jurisdiction on or before February 12, 2024. Defendants are ORDERED to file their opposition on or before February 20, 2024. Moreover, Defendants are ORDERED to file a single, collective brief addressing the jurisdiction question; if individual Defendants have distinct issues to raise, they may file separate briefs on those issues. Those separate briefs are not to exceed ten pages in length. Plaintiffs' reply will be due on or before February 27, 2024. A hearing will be held on March 11, 2024, at 1:30 PM.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02230-SVW<br>Related Cases:<br>8:23-cv-02248-SVW<br>8:23-cv-02250-SVW<br>8:23-cv-02245-SVW<br>8:23-cv-02251-SVW<br>8:23-cv-02279-SVW<br>8:23-cv-02252-SVW<br>8:23-cv-02257-SVW<br>8:23-cv-02260-SVW<br>8:23-cv-02261-SVW<br><br>BK Case No. 8:21-bk-11558-TA<br>Adv. No. 8:23-ap-01030-TA | Date | February 2, 2024 |
| Title | *In re: Parks Diversified, L.P.* | | |

**IT IS SO ORDERED.**

Initials of Preparer    PMC